# REARDON & SCLAFANI, P.C.

ATTORNEYS AT LAW

220 WHITE PLAINS ROAD, SUITE 235
TARRYTOWN, NEW YORK 10591

MICHAEL V. SCLAFANI
VINCENT M. SCLAFANI
NICHOLAS J. ACCURSO

EDWARD D. SCHMITT*
JULES J. RAVO
OF COUNSEL

*Also admitted in CA

> Application granted. The deadline to complete expert discovery and all discovery is extended to 4/15/2021. The case management conference scheduled for 2/24/2021 is adjourned to 4/21/2021 at 10:00 a.m.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> December 15, 2020

BY ECF

Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: Grant v. PV Holding, et ano.
20 CV 6431 (PMH)

Dear Judge Halpern:

As you know, we represent the defendants in regard to the above-captioned matter and write the Court, with the consent of plaintiff's counsel, to request a 60-day extension to complete discovery.

All paper discovery has been completed, medical records and authorizations have been exchanged and all parties' depositions have been completed. A physical examination of the plaintiff has been scheduled, unfortunately, however, the earliest date available for the examination is February 8, 2021.

In light of the foregoing, we are requesting an extension to complete all discovery, including expert disclosure until April 15, 2021 to allow our examining physician to review the records supplied to him, examine the plaintiff and draft his report detailing his findings.

Respectfully,

REARDON & SCLAFANI, P.C.

By: NICHOLAS J. ACCURSO (NA 1853)

NJA/dmb

cc: Finkelstein & Partners, LLP
Ronald Rosenkranz, Esq.
Attorneys for Plaintiff

Recycled Paper